Appendix



13-80A1

Exhibit-A



## Sick Call Request

RECEIVED
JAN 0 3 2022
BY: MHUPn

## Part A: (To be completed by inmate/resident patient)

Name (Print): Orin Kristich          Date: 12-29-2021

Number: 99811051          Date of Birth: 5-23-1980

Work Assignment: N/A

Work Hours: N/A          Housing Assignment: A.N. 24H

Reason for requesting Health Services Appointment (BE SPECIFIC): Because of my injury;
dislocated Shoulder/arm on 12-25-21. I am in extreme pain and the
mucle spasms and nerve pain has not stoped. Maybe you should not have
taken 30 hours to get me treatment for my medical Emergency.
How long have you had this problem? 4 days

Inmate/Resident Patient Signature: Orin kristich

## ⬇ DO NOT WRITE BELOW THIS LINE ⬇

## Part B: (To be completed by Health Services Staff)

Health Services Reply: Seen by provider 1/3/22.

Health Services Signature: MHUPn

Date: 1/3/22

**White Copy:** To Medical Records          **Yellow Copy:** To Inmate/Resident Patient



7/17/15

Proprietary Information – Not For Distribution – Copyrighted – Property of CoreCivic