Exhibit-B

# Sick Call Request

## Part A: (To be completed by inmate/resident patient)

Name (Print): Orin Kristich    Date: 1-7-2022

Number: 99611051    Date of Birth: 5-23-1980

Work Assignment: N/A

Work Hours: N/A    Housing Assignment: AN-244

Reason for requesting Health Services Appointment (BE SPECIFIC): Because of my injury (dislocated shoulder/arm on 12-25-21.) I am still in pain after taking predisone spasms in the upper arm/shoulder and nerve pain in my forearm (on top) close to the hand/fist, and elbow. Thanks.

How long have you had this problem? Started on 12-25-21.

Inmate/Resident Patient Signature: Orin K[signature]

↓ DO NOT WRITE BELOW THIS LINE ↓

## Part B: (To be completed by Health Services Staff)

Health Services Reply: _____

_____

_____

_____

_____

_____

_____

_____

_____

Health Services Signature: _____

Date: _____

White Copy: To Medical Records    Yellow Copy: To Inmate/Resident Patient

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

7/17/15