Exhibit-C

14-5A p1

# INFORMAL RESOLUTION

**To be completed by inmate/resident:**

Date: 1-1-2022

Name (Print): Kristich　　Orin
　　　　　　　Last Name　　First Name　　Middle Initial

Number: AN-244 / 99811051　　HOUSING ASSIGNMENT: AN-Cell 244

Description of issue, problem, and solution you suggest:

Att: Misty Legans, 3327 Kerfoot St #B El Paso, TX, 79904

I forgot to tell you that if I get moved to the B.O.P. before the grievance/Appeal process is done. My mailing address is above. If you/or "staff" fail to respond at any time, in the process I will, and take action in the courts. If you have to send mail to this address for me, 14 extra days will be needed for response by me as it takes a little over a week to get the letter at the above address. It will then be sent to me where I am. Thanks. Orin Kristich.

Attach additional pages, if necessary.

**FOR STAFF USE ONLY:**

Date received from inmate/resident: _____

Name of staff member completing informal resolution process: _____

Date response due to inmate/resident: _____

Date and time initial meeting held with the inmate/resident: _____

**Additional information received from initial meeting:**

**Names of staff members involved with the inmate/resident's issue:**

Distribution:
Original: Facility
Copy: Inmate/Resident

01/09

