Exhibit - D

14-5A p1

# INFORMAL RESOLUTION

**To be completed by inmate/resident:**

Date: ~~[struck through]~~ or 12-30-2021

Name (Print): __Kristich__   __Orin__   ____
             Last Name        First Name        Middle Initial

Number: 998133   HOUSING ASSIGNMENT: Moved from F.C. to A.N. 244

Description of issue, problem, and solution you suggest:

D/O Overton, D/O Jauregei, Nurse Casady, Nurse Foster are in violation. (Not the building)
Under the 8th Amend. of the U.S. Const., the P.L.R.E., the F.O.I.A, the Stringer
list, the [illegible], the tort claim act, the Cares act, Federal and
Oklahoma State law, and the Cimarron Corr. [illegible] I receive [illegible]
Inmate rights to seek medical care as needed, or get medical treatment.
It is your policy to treat inmates with dignity & respect while
maintaining a safe and secure environment. However this [illegible]
30 hours is way too long to [illegible] a medical Emergency. [illegible]
[illegible] 3 to 4 days [illegible] so lie about not having one does not cover you.

Attach additional pages, if necessary.
Attached page 1 front and back.

**FOR STAFF USE ONLY:**

Date received from inmate/resident: _____

Name of staff member completing informal resolution process: _____

Date response due to inmate/resident: _____

Date and time initial meeting held with the inmate/resident: _____

**Additional information received from initial meeting:**

|  |
|---|
|  |
|  |
|  |
|  |

**Names of staff members involved with the inmate/resident's issue:**

|  |
|---|
|  |
|  |
|  |
|  |

Distribution:
Original: Facility
Copy: Inmate/Resident

01/09

On Sat. Dec 25, 2021. CoreCivic Cimarron Correctional Facility Knowingly, willfully, and intentionally; abused and neglected me/inmate Kristich. Your action's were in violation of the U.S. Const. Under the 8th Amend., and all the law's listed on the facility's Informal Resolution Form 14-5A, Attached by me. At around 9:00 AM in Unit F.C. Room 212. I inmate Kristich dislocated my left shoulder/arm. From that time to about 7:00pm, there was no D.O.'s or staff members in F.C.; for 10 hou could tell I was not able to tell anyone about my injury. When the D.O. working came into F.C. at 7:00pm to serve us lunch (not Dinner). I let him know about the injury; I showed him that my hand, and arm were very swollen. I told him when it happend, and that I was in extreme pain. I told him that my arm was locked in place. (At this point a child would know this is an emergency.) I told him I neede to see medical. I seen him tell the Nurse who came in to F.C. at the time. Her name is either (Casady or Foster.) (However, I am not sure because I was given a list of names of staff involved, and it just says nurse.) 20 min later the nurse working that night came to the window at room 212. She asked me to take off my shirt, and show her the dislocation or injury. I asked her to come in the room to help me do so; Because my arm was locked in place, and I could not do it without her help. She sai no, and walked away. The same D.O. (who is still nameless) asked her to come see me agai because I needed medical treatment. She said "I will after med-pass", but never came back. At around 10:00pm D/O Overton was doing count in F.C. I told him, and showed him the sa ning's. He went to the Nursing Station, and told the new nurse (a man) either (Casady or Foster that I was in extreme pain, and needed to go to medical. The nurse told him that the rior nurse had told him about the problem, and he was coming to see me soon. Abo n hour later D/O Jauregei came into F.C. I told him the same story, I told the first two D e said he was going to get the nurse. About 30 min later D/O Jauregei came back and told e that the nurse would come see me, but he needed to pass out all med's and shot's, before coming to see me. (This is not Ok, med pass is not an emergenc ll night long I begged D/O Overton and D/O Jauregei to get me medical help very time they came by to check on my room. They said he is coming. He never did. he pain and suffering was so bad, that I passed out two different times. This was a great njustice. By the time I went to two Emergency Room's, and got treatment. I was in xtreme pain and suffering, for 30 hour's or more. I did not even leave to o to the hospital till 10:26AM on Dec 26th, 2021. There not by This was very rule and unusual punishment. CoreCivic Staff are telling me it is because you had no doctor on staff that night. However, CoreCivic was court orderd by the Federal Courts to have on call doctor 24/7 365 days a year. This is all in your handbook maybe you should read did. The doctor just did not want to come in. He also tryed to tell the same woman nurse, ei asady or Foster) to put me in a sling on the 26th and make me wait a few day for x-ra t the Facility. When she told me this on the 26th after seeing the dislocation. I told her no I eed to go to the hospital, and my arm is locked in place and I am in extreme pain. So he ryed to make me suffer more, I went, and the staff at the hospital in Cushing. (Cont.

upset and sue your facility when they found out how long you let me suffer. Everything was well documented by them. Your transport officer's admitted your guilt, and abuse, and neglect. I have been told sorry by your staff. However, I am still in xtreme pain. I am having muscle spasms and nerve pain. I don't yet know what kind of long term injury or treatment I may need for it. Moreover, CoreCivic is being put on Notice. I am Indigent in the courts and will move free of charge. CoreCivic, and their medical staff alone are the one's who caused 30 hours or more of pain, and suffering; and abuse and neglect to me inmate Kristich. I am asking in a very nice way, that CoreCivic and staff pay all of my medical bills, and any other medical bills that come later in my life, because of your action's. CoreCivic also needs to pay me for pain, suffering, long-term injury, Violating my Constitutional Rights, my prison rights under the P.L.R.A., and your own handbook, the A.D.A. and anything else I would get from taking legal action against you in a court of law. If I must take you to court, to get you to do the right thing. I will ask for even more, including, Attorney fees, and any other cost.

Orin Kristich

om [signature]

12/29/2021

O