Grievance No.: _____                                                  14-5B

# INMATE/RESIDENT GRIEVANCE

| FULL NAME: | Orin Kristich |
|---|---|
| NUMBER: | 998I1051 | HOUSING ASSIGNMENT: | AN-24 |

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)?  ☐ YES   ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| 1. Facility Staff | 8. Dental Services | 15. Housing |
|---|---|---|
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | 12. Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services X | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

Medical Staff never responded to my informal resolution. I dislocated my left shoulder/arm and was not taken to the hospital for over a day. Because of the actions of Nurse Casady and Foster, I am still in extream pain. I now have nerve pain and my need some kind of surgery. I am now moving to the BOP. However, you all here at Cimarron Correctional Facility never gave any responce within 10 day(s) after getting my informal resolution. This is because your staff members are guilty of abuse and neglect. Your Nurses did this knowingly, willfully and intentionally. I am asking that all my medical bills be paid by them. I will also be asking for pain and suffering and the violation of my right to get health care ect. I put the Address on this form. Where I can be reached However, I will need 15 extra days to respond by mail. Please send your responces to 3327 Kerfoot St #B El Paso TX. Att Misty Legans 79904

**Requested Action:** (Attach additional pages if necessary)

That the nurse's Casady and Foster Pay all my medical bills, pain and suffering, Constitutional Rights violations, Rights under the P.L.R.A. Everything has been said in my informal resolution. But I will know soon how long I will be in pain.

Inmate/Resident's Signature: _Orin Kristich_    Date Submitted: 1-13-2022

Page 1 of 2                                                                      03/07