Exhibit - 6

# USPS Tracking®

FAQs >

TOPT 7020 2450 0000 6742 4250  1-3-2022
South Central

**Tracking Number:**

Remove ✕

# 70202450000067424250

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:03 pm on January 9, 2023 in GRAND PRAIRIE, TX 75051.

## Get More Out of USPS Tracking:

**USPS Tracking Plus®**

### Delivered

**Delivered, Left with Individual**

GRAND PRAIRIE, TX 75051
January 9, 2023, 12:03 pm

### Departed USPS Regional Facility

COPPELL TX DISTRIBUTION CENTER
January 9, 2023, 1:18 am

### In Transit to Next Facility

January 8, 2023

### Arrived at USPS Regional Facility

COPPELL TX DISTRIBUTION CENTER
January 7, 2023, 5:42 pm

### Departed USPS Regional Facility

PHOENIX AZ DISTRIBUTION CENTER
January 5, 2023, 10:39 pm

Exhibit-G-1

- **Arrived at USPS Regional Facility**
  PHOENIX AZ DISTRIBUTION CENTER
  January 5, 2023, 9:44 pm

- **Hide Tracking History**

---

**Text & Email Updates** ⌄

---

**USPS Tracking Plus®** ⌄

---

**Product Information** ⌄

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**