⇔99811-051⇔
Orin Kristich
Jesus Loves you !
PO BOX 24550,
Tucson, AZ 85734
United States

Legal mail

suite 1210

⇔99811-051⇔
Courthouse United States
of Oklahoma
200 NW 4TH ST
Oklahoma CITY, OK 73102-3092
United States



CERTIFIED MAIL
7021 1970 0002 2821 0327

RECEIVED
JUN 20 2023
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

