IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
MOTION FOR DISCOVERY; DISCLOSURE OF EVIDENCE:

Orin Kristich )
   Plaintiff, )
)
v. )  Claim/Case No.
)
)  Motion For Discovery;
FNU Dickerson, et al., )  Disclosure of Evidence
   Defendants. )  CIV-23-544-SLP

FILED
JUN 2 0 2023
CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY _____, DEPUTY

    NOW COMES, Orin Kristich, and he respectfully moves this Honorable Court, pursuant to 42 U.S.C. § 1983; Fed. R. Civ. P. Rule 26 (Disclosure and Discovery) and Fed. R. Civ. P. Rule 34 (Producing Document(s)); to placed the following order: An order to produce discovery and or disclosure of evidence. Specifically:

1) Any and all materials possessed by CCA/Cimarron Correctional Facility (medical staff and or its medical agents; employees; and or contractors; nurses; doctor(s); and or the United States Government; The State of Oklahoma; the United States Marshals Service; and or its agents, employees, and or contractors; including the two D/Os Overton and Jauregi, who are witnesses. Moreover, any testimony, affidavits, or statements made by the above and/or any and all involvement they had in the treatment or lack of medical treatment; medical care; abuse and neglect of Mr. Kristich.

2) Any and all medical records; emails; notes; sick-calls and or administrative remedies filed by Mr. Kristich.

3) Any and all evidence collected or in any way handled or submitted by the same.

4) Any and all materials possessed by Hillcrest hospital; specifically, any and all copies; descriptions by category and location of documents, electronically stored information and tangible things; and or any and all designated documents; electronically stored information, including writings, drawing, graphs, charts, photographs, x-rays, sound recordings, images, and other data; and or data compilations, stored in any medium form which information can be obtained either directly or indirectly; including emails and discharge information.

5) The name(s); address; phone numbers of each individual that is maybe a witness at the above hospital.

6) Any and all of the above from the second nameless hospital that Mr. Kristich was sent to for treatment.

## Entitled to Relief:

1) As shown above, Mr. Kristich is entitled to the relief herein. If the respondent(s) would like to claim any portion of Mr. Kristich's § 1983 claim(s) and or any claim(s) herein as "frivolous" or "without merit", Mr. Kristich is requesting a list of reasons as to how they are "frivolous" or "without merit", and Mr. Kristich is asking for 60 days to reply to such claim(s).

2) As the above law and court rules show, Mr. Kristich is entitled to the above requested relief, for good cause and is acting in good faith by making such request to this Court: to bring to light any and all evidence as justice requires, or that this Court sees fit.

_____
Signature