⇔99811-051⇔
Orin Kristich
Jesus Loves you !
PO BOX 24550,
Tucson, AZ 85734
United States

Legal
mail

suite 1210

⇔99811-051⇔
Courthouse United States
of Oklahoma
200 NW 4TH ST
Oklahoma CITY, OK 73102-3092
United States



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®

7021 1970 0002 2821 0327

RECEIVED

JUN 20 2023

Clerk, U.S. District Court
WEST.DIST.OF OKLA.

