IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

**FILED**

ORIN KRISTICH                    ,

(Enter the full name of the plaintiff.)

NOV 0 1 2023

CARMELITA REEDER SHINN, CLERK
U.S. DIST COURT, WESTERN DIST. OKLA.
Dy:_____,DEPUTY

v.

Case No. __CIV-23-544-R__
(Court Clerk will insert case number)

(1) _NURSE CASADY_                ,

Trial Requested

(2) _NURSE FOSTER_                ,

(3) _DR. CRANE_                   .

(Enter the full name of each defendant. Attach
additional sheets as necessary.)

## PRO SE PRISONER CIVIL RIGHTS COMPLAINT

## COMPLAINT

**I.    Jurisdiction is asserted pursuant to:**

__X__ 42 U.S.C. § 1983 and 28 U.S.C. § 1343(a)(3) (NOTE: these provisions generally apply to state prisoners), or

__x__ *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (NOTE: these provisions generally apply to federal prisoners)

If you want to assert jurisdiction under different or additional statutes, list these below:

__,The Ending Qualified Immunity Act ; The Stripping__ Doctrine ; 28 U.S.C. 1332 ; Tort Claims Act Sec. 2671-80 ; United States Constitution Art. III justiciability / justiciability doctrine ; jurisdictional doctrine. [Defendants Handbook and Policy.]

Rev. 10/20/2015                    1

Attached defendant's

(4) Melissa Rios, F.B.O.P. (Director)

(5) Unknown US Marshals

(6) Paynyer, Health Services Administrator

(7) Warden Gutierrez, F.B.O.P

(8) A/W Stangle, F.B.O.P

(9) Mr. Wong, F.B.O.P. (Counsel)

(10) Warden Dickerson (CCA.) Cushing, Oklahoma

**II.    State whether you are a:**

___ Convicted and sentenced state prisoner

_X_ Convicted and sentenced federal prisoner

___ Pretrial detainee

___ Immigration detainee

___ Civilly committed detainee

___ Other (please explain) _____

**III.    Previous Federal Civil Actions or Appeals**

List each civil action or appeal you have brought in a federal court while you were incarcerated or detained in any facility.

1. Prior Civil Action/Appeal No. 1

   a. Parties to previous lawsuit:

      Plaintiff(s): _Mr. Kristich_

      Defendant(s): _Metro. Det. Ctr., Officer Henker and Sanchez_

   b. Court and docket number: _United States District Court For The District of New Mexico CIV 15-1147_

   c. Approximate date of filing: _Unknown_

   d. Issues raised: _Conditions of Confinement_

   e. Disposition (for example: Did you win? Was the case dismissed? Was summary judgment entered against you? Is the case still pending? Did you appeal?): _Dismissed for failure to state a claim_

   f. Approximate date of disposition: _I think it was 9-2-16_

If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a separate sheet(s).

Rev. 10/20/2015

Prior Civil Action / Appeal No. 2

(a) Plaintiff: Mr. Kristich

(b) Defendants: Dickerson, etal

(c) Approximate date of filing: Nov, 1,2022

(Issues Raised)
(d) Violations of Const. and Civil Rights; Injury in fact

(Disposition)
(e) Undue Influence caused Mr. Kristich to move this court for voluntary dismissal; Wherefore, Mr. Kristich added new B.O.P. defendants that were; prevented, thwarted, or hindered timely payments to this court. Mr. Kristich saved the $350.00, and refiled with this court. Moreover, a Writ of Mandamus was filed after voluntary dismissal, and was "granted", because the new defendants would not give the money back. The Retaliation, and Harassment are ongoing to this time table, and as of this Amendment the B.O.P. defendants are taking money for court fees that Mr. Kristich pre-paid in full and will not give the money back. These people are "Pure Evil".

(f) date of disposition: Nov, 22, 2022

4

## IV.    Parties to Current Lawsuit

State information about yourself and each person or company listed as a defendant in the caption (the heading) of this complaint.

1.    Plaintiff

Name and any aliases:  ORIN KRISTICH

Address:  USP Tucson, P.O. Box 24550, Tucson, AZ 85734-4550

Inmate No.:  99811-051

2.    Defendant No. 1

Name and official position:  Casady, FNU, Nurse

Place of employment and/or residence:  Cimarron Correctional Facility (CoreCivic)

3200 S Kings hwy. Cushing, OK 74023

How is this person sued?  ( ) official capacity, ( ) individual capacity, (x) both

3.    Defendant No. 2

Name and official position:  Foster, FNU, Nurse

Place of employment and/or residence: Cimarron Correctional Facility (CoreCivic)

3200 S. Kings hwy., Cushing, OK 74023

How is this person sued?  ( ) official capacity, ( ) individual capacity, (X) both

If there are more than two defendants, describe the additional defendants using this same format on a separate sheet(s).

Rev. 10/20/2015

Defendant No. 3

Name and official position: Dr. Crane, FNU, MD

Place of employment and/or residence: Cimarron Correctional Facility (CoreCivic)

3200 S. Kings hwy., Cushing, OK 74023

How is this person being sued? ( ) official capacity, ( ) individual capacity, (X) both.

Defendant No. 4

Name and official position: Melissa Rios, Western Regional Director, Federal Bureau of Prisons.

Place of Employment and/or residence: Federal Bureau of Prisons, Western Regional Office, 7338 Shoreline dr., Stockton, CA 95219

How is this person being sued? ( ) official capacity, ( ) individual capacity, (X) both.

Defendant No. 5

Name and official position: Unknown named US Marshals

Place of employment and/or residence: CS-3, 15th floor, Washington, D.C. 20530

How is this person being sued? ( ) official capacity, ( ) individual capacity, (X) both.

Defendant No. 6

Name and official position: Poynyer, FNU, Health Services Administrator

Place of employment and/or residence: Federal Bureau of Prisons, United States Penitentiary Tucson, 9300 S. Wilmot rd., Tucson, AZ 85701

How is this person being sued? ( ) official capacity, ( ) individual capacity, (X) both.

Defendant No. 7

Name and Official position: Warden, Gutierrez, FNU

Place of employment and/or residence: Federal Bureau Of Prisons,

United States Penitentiary Tucson, 9300 S. Wilmot rd. Tucson, A.Z. 85701

How is this person being sued? ( ) official capacity ( ) individual Capacity

(X) both

Defendant No. 8

Name and Official position: AW, Stangle, FNU

Place of employment and/or residence: Federal Bureau Of Prisons,

United States Penitentiary Tucson, 9300 S. Wilmot rd. Tucson A.Z. 85701

How is this person being sued? ( ) official capacity ( ) individual Capacity

(X) both

Defendant No. 9

Name and official position: Mr. Wong, Western Regional Counsel, Federal

Bureau of Prisons, Western Regional Office, 7338 Shoreline dr.

Stockton, C.A. 95219

How is this person being sued? ( ) official capacity ( ) individual

Capacity (X) both

Defendant No. 10

Name and Official position: Warden Dickerson, Cimarron Correctional Facility

(Corecivic), 3200 S. Kings hwy, Cushing, OK 74023

How is this person being sued? ( ) official capacity ( ) individual capacity

(X) both

7

## V.    Cause of Action

### Instructions

1. *Provide a short and plain statement of each claim.*

   - Describe the facts that are the basis for your claim.

   - You can generally only sue defendants who were directly involved in harming you.  Describe how each defendant violated your rights, giving dates and places.

   - Explain how you were hurt and the extent of your injuries.

2. *You are not required to cite case law.*

   - Describe the constitutional or statutory rights you believe the defendant(s) violated.

   - At this stage in the proceedings, you do not need to cite or discuss any case law.

3. *You are not required to attach exhibits.*

   - If you do attach exhibits, you should refer to the exhibits in the statement of your claim and explain why you included them.

4. *Be aware of the requirement that you exhaust prison grievance procedures **before** filing your lawsuit.*

   - If the evidence shows that you did not fully comply with an available prison grievance process prior to filing this lawsuit, the court may dismiss the unexhausted claim(s) or grant judgment against you.  *See* 42 U.S.C. § 1997e(a).

   - Every claim you raise must be exhausted in the appropriate manner.

5. *Be aware of any statute of limitations.*

   - If you are suing about events that happened in the past, your case may be subject to dismissal under the statute of limitations.  For example, for many civil rights claims, an action must be brought within two years from the date when the plaintiff knew or had reason to know of the injury that is the basis for the claim.

Rev. 10/20/2015

6.    *Do not include claims relating to your criminal conviction or to prison disciplinary proceedings that resulted in loss of good time credits.*

- If a ruling in your favor "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims in a civil rights complaint unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding.

<u>Claims</u>

List the federal right(s) that you believe have been violated, and describe what happened. Each alleged violation of a federal right should be listed separately as its own claim.

1.    **Claim 1:**

    (1)    List the right that you believe was violated:

Mr. Kristich's Eighth Amendment right to protection from Crule and unusual punishment was violated by CoreCivic staffers' refusal to treat his serious injury (Deliberate Indifference by acting as "Gate keeper" when refusing to open Cell door.

    (2)    List the defendant(s) to this claim: (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Warden Dickerson, Dr. Crane, Nurse Casady, Nurse Foster, Unknown U.S. Marshals

Rev. 10/20/2015

(3)    List the supporting facts:

Nurse Casady showed deliberate indifference to Mr. Kristich's serious medical needs Nurse Foster demonstrated extream negligence in failing to perform any of his functions as a medical professional. Dr. Crane showed willful Malconduct; only offering a sling to immobilize Kristich's arm rather than attempting to reset the dislocated joint when the door was finally opened the next day!

(4)    Relief requested:  (State briefly exactly what you want the court to do for you.)

Mr. Kristich request monetary damages in the amount of $450,000.00 US.D. per defendant; Punitive damages in the amount of $1,000,000.00 U.S.D.; Smart-Money damages in the amount of $1,000,000.00 United States Dollars; Any other relief this court deems fit to ensure the ends of justice are met for the Public.

2.    **Claim II:**

(1)    List the right that you believe was violated:

Mr. Kristich's right to adequate medical treatment was Violated

(2)    List the defendant(s) to this claim:  (If you have sued more than one defendant, specify each person or entity that is a defendant for this particular claim.)

Dr. Crain, Nurse Casady, Nurse Foster, Warden, Dickerson, Unknown U.S. Marshals

Rev. 10/20/2015

10

(3) list the supporting facts:

The above named defendants deprived Mr. Kristich of his right to seek medical treatment, after being made aware of and being told about his medical emergency. [This right is found in the defendants handbook.] This is Mr. Kristichs right under the Eighth Amendment of the United States Constitution. [D/o overton and D/o Jauregi are witnesses.]

(4) Relief Requested: Mr. Kristich requests monentary damages in the amount of Five-hundred thousand United States Dollars ($500,000.00 USD) per defendant; Punitive damages in the amount of Five-hundred thousand United States Dollars ($500,000.00 USD) per defendant; Smart-money damages in the amount of Six-hundred thousand United States Dollars ($600,000.00 USD) per defendant; and Any other relief this court deems fit to ensure the ends of justice are met for Mr. Kristich and the public.

3. Claim III:

(1) List the right that you believe was violated:

Mr. Kristichs right to seek medical care was violated.

(2) List the defendants to this claim:

Dr. Crain, Nurse Casady, Nurse Foster, Warden Dickerson, Unknown U.S. Marshals.

11

(3) List the supporting facts:

The above named defendants deprived Mr. Kristich of his right to access medical care. [This right is found in the defendants handbook] Mr. Kristich suffered a dislocated shoulder and he was unable to report the injury for around 15 hours due to staff's failure to perform welfare checks, and lack of any emergency call devices in his cell. When he was able to report the injury medical staff (Casady) would not open the door, and several times over the next 12 hours or so (Foster) never came to check on Mr. Kristich. Mr. Kristichs injury went untreated for around 30 hours, during which time he was in extreme pain. When Nurse Casady came to work the next day and opened the door she viewed the injury and went to talk to Dr. Crane. Dr. Crane had ordered a sling to be delivered to Plaintiff. No other treatment was forthcoming until about 12:30pm the day following the "injury in fact", when at the Wardens direction (Dickerson), Mr. Kristich was transported to Hillcrest Hospital. [This was the first Hospital Mr. Kristich was taken to.]

(4) Relief Requested: Mr. Kristich requests monentary damages in the amount of ($ 450,000.00 USD) per defendant; Punitive damages in the amount of ($ 500,000.00 USD) United States Dollars, per defendant; Smart-Money damages in the amount of six-hundred thousand United States Dollars ($ 600,000.00 USD); and whatever, other relief this court deems necessary to ensure the ends of justice are met for Mr. Kristich and Public safty.

12

4. Claim IV:

(1) List the right that you believe was violated:
Abuse and Neglect of a prisoner; by not responding to
a medical emergency-(after being told multiple time by
Officer Overton.)

(2) List the defendants to this claim
Nurse Foster, Nurse Casady, Dr. Crain, Warden Dickerson
Unknown U.S. Marshals

(3) List the supporting facts:
Mr. Kristich was locked in a cell in Unit F.C. for over
24 hours after his injury. For about 15 hours there were no
officers making well-fair checks; Staff did not even serve
food on December 25, 2021. After being told about the injury
Mr. Kristich was locked in the cell. Leading to extreme pain
and suffering for about 30 hours on December, 25, 2021 around 4am
(Christmas Day) and lasting until about 3pm on December, 26, 2021
when Mr. Kristich was finally treated at the Hospital. (Moreover,
this was the second Hospital Mr. Kristich was taken too.)

(4) Relief Requested: Mr. Kristich requests Monentary damages in the
amount of One-Million United States Dollars ($1,000,000.00 USD) per defendant;
Punitive damages in the amount of ($700,000.00 USD) per defendant;
Smart-Money damages in the amount of ($700,000.00 USD) per defendant;
and Any relief this court deems fit to ensure the ends of justice
are met.

13

(5) Claim V:

(1) List the right that you believe was violated:
Extreme pain and Suffering (For about 30 hours)

(2) List the defendants to this claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Unknown US Marshals

(3) List the supporting facts:
extreme pain and suffering for about 30 hours. Due to being locked in a cell with no medical treatment.

(4) Relief Requested: Mr. Kristich requests Monentary damages in the amount of One-Million United States Dollars per defendant; Punitive damages in the amount of Seven-hundred thousand United States Dollars; Smart-Money damages in the amount of Seven-hundred thousand United States Dollars per defendant; Whatever, Other relief this court deems fit to ensure the ends of justice are met for Mr. Kristich and the public.

(6) Claim VI:

(1) List the right that you believe was violated:
Medical Malpratice leading to long-term nerve damage and/or muscle damage ("injury in fact")

(2) List the defendants to this claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Melissa Rios, Warden Gutierrez, A/W Ms. Stangle, H.S.A. Poynyer, Unknown US Marshals

14

(3) List the supporting facts:

Long-term nerve and/or muscle damage (an injury) because medical treatment and after care were not forthcoming. Mr. Kristich is still in pain while on nerve pain medication at this time. However, Medical trips that were scheduled by B.O.P. Juchan M.D. and B.O.P. Newland PA-C; have been canceled more than once. [Dr. Crain had ordered the first with the U.S.M.S. a few days before Mr. Kristich was sent to U.S.P.To]. Mr. Kristich need's to see a nerve and muscle specialist and orthopedic specialist. To see if surgery would correct the problem. Medical trips have been canceled to block any kind of treatment, care and/or determination of all the injuries to Mr. Kristich, his shoulder, and/or his nerve and muscle system. So it's an Ongoing issue.

(4) Relief Requested: Mr. Kristich requests monentary damages in the amount of One-Million United States Dollars ($1,000,000⁰⁰USD) per defendant; Punitive damages in the amount of One-Million United States Dollars ($1,000,000⁰⁰USD) per defendant; Smart-Money damages in the amount of One-Million United States Dollars ($1,000,000⁰⁰USD) per defendant; and Any and All relief this court deems necessary to ensure justice and equity are met for Mr. Kristich and the public.

(7) Claim VII:

(1) List the right that you believe was violated:
Life Long pain and suffering (an injury).

(2) List the defendants to this claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Unknown US Marshals, et al

15

(3) List the supporting facts:

Mr. Kristich is still in pain, and suffering to this time table. His pain and suffering could have been prevented with prompt medical treatment and after care. As it is their duity to responed to a medical emergency while acting under color of law.

(4) Relief Requested: Mr. Kristich requests Monéntary damages in the amount of three - Million United States Dollars ($ 3,000,000.⁰⁰ USD) per defendant; Punitive damages in the amount of three - Million United States Dollars ($ 3,000,000.⁰⁰ USD), per defendant; Smart - Money damages in the amount of three - Million United States Dollars ($ 3,000,000.⁰⁰ USD) per defendant; and Whatever, other relief this court deems necessary to ensure the ends of justice are met.

(8) Claim VIII:

(1) List the right that you believe was violated:
   Crule and Unusual treatment

(2) List defendants to this claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Melissa Rios, Warden Gutierrez, A/W Stangle, Mr. Wong Unknown US marshals, et,al

(3) List the supporting facts:
The defendant's at CCA knew that Mr. Kristich was in pain with an injury and gave no medical treatment for around 30 hours. The most condemning facts are the lack of emergency call devices in unit F.C., and the lack of welfare checks in F.C., and the lack of treatment. BOP staff have blocked treatment and determination of

16

all injuries in this case to aid the other defendants. When Mr. Kristich was sent to the B.O.P. he was locked in a cell for 21 days, in a sling, no medical treatment or care, and was stripped of pain medications and Ice needed for pain. (only days after the meds and ice was ordered by the M.D. who treated Mr. Kristich at the Hospital.)

(4) Relief Requested: Mr. Kristich requests monentary damages in the amount of Seven-Million United States Dollars ($7,000,000.00 USD) per defendant; Punitive damages in the amount of Seven-Million United States Dollars ($7,000,000.00 USD) per defendant; Smart-Money damages in the amount of Seven-Million United States Dollars ($7,000,000.00 USD) per defendant; and Any and All relief this court deems necessary to ensure the ends of justice are met for Mr. Kristich and the public.

(9) Claim VIIII:
(1) List the right that you believe was violated:
Intentional Infliction of Emotional Distress

(2) List defendants to this claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Unknown US Marshals

(3) List Supporting facts:
Mr. Kristich was locked in a cell and was in fear that he may never get medical treatment.

(4) Relief Requested: Mr. Kristich requests monentary damages in the amount of One-Million United States Dollars ($1,000,000.00 USD); Punitive

17

damages in the amount of Seven-hundred thousand United States Dollars ($700,000.°° USD) per defendant; Smart-Money damages in the amount of Seven-hundred thousand United States Dollars ($700,000.°° USD); and Any other relief this court deems fit as justice requires.

(10) Claim X:

(1) List the right that you believe was violated:
Intentional Infliction of Mental Distress

(2) List defendants to this claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Unknown US Marshals

(3) List supporting facts:
Due to the lack of response, Mr. Kristich had a mental breakdown and told an unknown officer that he was in extream pain for over 24 hours. Mr. Kristich told the officer, that he was willing to fight, and did not care if use of force was necessary, but either way he "was going to the hospital". The unknown officer then called an emergency response code for medical.

(4) Requested Relief: Mr. Kristich requests monentary damages in the amount of One-Million United States Dollars ($1,000,000.°° USD) per defendant; Punitive damages in the amount of One-Million United States Dollars ($1,000,000.°° USD) per defendant; Smart-Money damages in the amount of One-Million United States Dollars ($1,000,000.°° USD) per defendant; and whatever, other relief this court deems fit to ensure the ends of justice are met for Mr. Kristich and the public.

18

(11) Claim XI:

(1) List the right that you believe was violated:
Intentional Infliction of Physical Pain

(2) List defendants to this Claim:
Warden Dickerson, Dr. Crain, Nurse Casady, Nurse Foster, Unknown US Marshals

(3) List supporting facts:
The above defendants knew Mr. Kristich was in extream pain, and demostrateb the physical torture by failing to perform any of their professional functions. They knew or should have known that the only treatment for a dislocated joint is reseting the joint. They knew or should have known this caused Mr. Kristich extream pain.

(4) Relief Requested: Mr. Kristich is requesting monentary damages in the amount of Seven-Million United States Dollars ($7,000,000.00 USD) per defendant; Punitive damages in the amount of Seven-Million United States Dollars ($7,000,000.00 USD) per defendant; Smart-Money damages in the amount of Seven-Million United States Dollars ($7,000,000.00 USD) per defendant; and Any and All other relief this court deems fit to ensure the rights of all persons are protected and that justice is met.

(12) Claim XII:

(1) List the right that you believe was violateb:
1st Amendment U.S. Const. "right to redress the government" in this court; "Retaliation and Harassment".

19

(2) List defendants to this Claim:
Melissa Rios, Warden Gutierrez, A/W Stangle, Mr. Wong, Poynyer

(3) List supporting facts:
The above defendants have prevented, thwarted or hindered Mr. Kristich's Administrative remdies more than once: by way of BP-process, Form 95, and obstruction of legal mail in this court, and Others. Harassed and retaliated by placing Mr. Kristich in the S.H.U. on three false charges, tried to strip Kristich of 1800 program hours; filed false program review, BP-337 and 338 are being maintained to keep Mr. Kristich at a High placing his life at risk, and effecting his liberty intrest now and upon release. Further, legal mail in this case and others gets sent back and/or does not reach Mr. Kristich at all; (when it does legal mail is given past the response deadline;(and/or ripped or missing pages) this is on going in the B.O.P. as a custom with regards to persons needing medical treatment or care. "Just ask MPR News!"

(4) Relief Requested: Mr. Kristich requests monentary damages in the amount of Seven-Million United States Dollars ($7,000,000.°°USD) per defendant; Punitive damages in the amount of Seven-Million United States Dollars ($7,000,000.°°USD); Smart-Money damages in the amount of Seven-Million United States Dollars ($7,000,000.°°USD) per defendant; and Any and All other relief this court deems fit to ensure that the rights of all persons at risk in the B.O.P. are protected, and that justice is met.

20

(13) Claim XIII; 5th Amend. Due Process; equal protection violation

(2) List defendants to this claim

Melissa Rios, Warden Guterrez, A/W Stangle, Mr Wong

(3)   List the supporting facts:

Same as (12) Claim XII in this amendment. relatiation and harassment; false reports; legal mail sent back and/or late, ripped or missing pages in this case and others ect.

(4)   Relief requested:  (State briefly exactly what you want the court to do for you.)

Monentary damages in the amount of Seven-Million United States Dollars per defendant

Punitive damages in the amount of Seven-Million United States Dollars per defendent

Smart-Money damages in the amount of Seven-Million United States Dollars per defendant

Whatever, other relief this court deems fit to protect the rights of all persons.

If there are more than two claims that you wish to assert, describe the additional claims using this same format on a separate sheet(s).

## VI.   Declarations

I declare under penalty of perjury that the foregoing is true and correct.

_Orin Kristich_          10-24-2023
Plaintiff's signature              Date

I further declare under penalty of perjury that I placed this complaint in the prison's legal mail system, with the correct postage attached, on the _____ day of _____, 20___.

_Orin Kristich_          10-24-2023
Plaintiff's signature              Date

Rev. 10/20/2015

21