TRULINCS 99811051 - KRISTICH, ORIN - Unit: MNA-C-B

---

FROM: 99811051
TO: Education
SUBJECT: ***Request to Staff*** KRISTICH, ORIN, Reg# 99811051, MNA-C-B
DATE: 12/27/2023 12:54:01 PM

To:
Inmate Work Assignment: Court Document

**FILED**

JAN 02 2024

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT. WESTERN DIST. OKLA.
BY _____ BW _____ ,DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA
CHANGE OF ADDRESS

Orin Kristich

Case No. 5:23-CV-00544-R

V.

United States Of America

CHANGE OF ADDRES

I, hereby change my address with this court, as my transfer is complete. My mew address is P.O.Box 7007 Marianna, Florida 32447. I hereby declare that the forgoing is true and correct pursuant to 28 U.S.C.1746 and 18 U.S.C.1001. Further, I declare that I placed the forgoing into the institutions internal mailing system pursuant to this courts Mail Box rule thus making it filed on 12/28/2023

Orin Kristich
Name

[signature]
Signature

12/28/2023
Date