IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORIN KRISTICH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-23-544-R |
| FNU Casady, et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Upon consideration, Plaintiff's pro se Motion [Doc. No. 32] requesting an extension of time to file a motion for leave to amend his complaint is GRANTED. The deadline for Plaintiff to file a motion for leave to amend is extended to March 28, 2024. Should Plaintiff fail to file a motion seeking leave to amend by March 28, 2024, the Court will dismiss this action in accordance with the Order entered February 9, 2024. The Court does not anticipate any further extensions of time.

IT IS SO ORDERED this 27th day of February, 2024.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE