811-051
Kristich
Federal [illegible]
PO BOX 7007
Marianna, FL 32447
United States

Montgomery P&DC 360
SAT 27 APR 2024 AM

Legal Mail

811-051 ⇔
Courthouse United States
of Oklahoma
200 NW 4TH ST
Room 1210
Oklahoma CITY, OK 73102-3092

RECEIVED
MAY 01 2024
Clerk, U.S. District Court
WEST. DIST. OF OKLA.



THE ENCLOSED LETTER WAS PROCESSED
THROUGH SPECIAL MAILING PROCEDURES
FOR FORWARDING TO YOU. THE LETTER
HAS BEEN NEITHER OPENED NOR INSPECTED.
IF THE WRITER RAISES A QUESTION OR
PROBLEM OVER WHICH THIS FACILITY HAS
JURISDICTION, YOU MAY WISH TO RETURN
THE MATERIAL FOR FURTHER INFORMATION
OR CLARIFICATION. IF THE WRITER
ENCLOSED CORRESPONDENCE FOR
FORWARDING TO ANOTHER ADDRESSEE,
PLEASE RETURN THE ENCLOSURE TO THE
ABOVE ADDRESS.

DATE:
FCI, MARIANNA, FL

RECEIVED
APR 25 REC'D