# Special Report

# Exhibit 1:

# Kristich Housing Report

## CIMARRON CORRECTIONAL FACILITY

## INMATE HOUSING HISTORY REPORT

Cell Search Parameters: CIMAR 99811051

| NAME | | SYSTEM ID | AGENCY ID | SEX | ADMIT DATE | RELEASE DATE |
|---|---|---|---|---|---|---|
| KRISTICH, ORIN | | 20974624228773 | 99811051 | M | 12/21/2021 | 1/13/22 |
| Move From Location | Move To Location | Move Date | Vacate Date | ReasonForMove | | OfficerID |
| F/A/121/A | F/B/213/A | 12/22/2021 04:48 AM | 12/22/2021 12:03 PM | NEW ARRIVAL | | N/A |
| F/B/213/A | F/C/212/A | 12/22/2021 12:03 PM | 12/23/2021 08:37 PM | FA closure | | N/A |
| F/C/212/A | F/C/208/A | 12/23/2021 08:37 PM | 12/28/2021 06:20 PM | Dayshift Move | | N/A |
| F/C/208/A | A/N/244/B | 12/28/2021 06:20 PM | 12/29/2021 12:18 PM | medical | | N/A |
| A/N/244/B | | 12/29/2021 12:18 PM | 01/13/2022 02:36 AM | Inmate Permanently Released | | N/A |

**Total Inmates Listed:** 1