Motion for Summary Judgment
and Brief in Support


Exhibit 2:

Offender Lookup: Orin Kristich

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Federal Time Credit changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**If an individual is listed as "Released" or "Not in BOP Custody" and no facility location is indicated, the inmate is no longer in BOP custody, however, the inmate may still be in the custody of some other correctional/criminal justice system/law enforcement entity, or on parole or supervised release.**

| Find By Number | **Find By Name** |

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| Orin | | Kristich | | | |

1 Result for search **Orin Kristich**          Clear Form          Search



### ORIN KRISTICH

Register Number: 99811-051

Age: 44
Race: White
Sex: Male

Located at: **Marianna FCI**

Release Date: 09/13/2026

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability