UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORIN KRISTICH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-23-544-R |
| | ) |
| FNU CASADY, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

On April 7, 2025, the Court entered an order [Doc. No. 98] directing the parties to separately file a status report and proposed scheduling order no later than May 5, 2025. Plaintiff submitted his status report on May 1, 2025 [Doc. No. 104]. Defendants failed to submit a status report by the deadline. Accordingly, Defendants are directed to show cause within fourteen days of this order for their failure to comply with the Court's prior order. Defendants are additionally advised that a failure to show cause or comply with Court orders may result in sanctions.

IT IS SO ORDERED this 6th day of May, 2025.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE