IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

Orin Kristich,

v.

Nurse Casady, et al.,

Case No. CIV-23-544-R

FILED
SEP 03 2025
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____, DEPUTY

KRISTICH'S SECOND MOTION REQUESTING JOINDER OF PARTIES PURSUANT TO
FEDERAL RULES OF CIVIL PROCEDURD 19 AND 20

   On August, 18 2025 Kristich was given a copy of a legal notice regarding WELLPATH HOLDINGS, INC, et al., filing for Bankruptcy under chapter 11, regarding all persons, entities, and government units who have a claim against any of the debtors that arose prior to November, 11th 2024.

   Kristich has filed a Petition pursuant to FRCP 60(b) to Arrest the courts judgment in that case at this time. Further, it is a well settled fact that Wellpath has filed this Bankruptcy due to providing no or illegal medical care to inmates, in violation of the Eight Amendment.

   Further, Kristich had a pending Civil Case regarding many of the correctional facilities that had a government contract with Wellpath Holdings, Inc., and that the Debtors have acted in Bad "Faith" when filing Bankruptcy in Houston, with-out informing Kristich.

   Wherefore, Kristich is asking this court if Wellpath Holdings or any of their joint Debtors were providing government services at core civic in December of 2021 when Kristich was injured in Oklahoma?

   If "Yes", Wellpath Holdings, Inc is an indispensable defendant or defendant(s) pursuant to FRCP 19 (a)(1), and 20, and must be added at this time.

( Please see Debtors List Attached to this motion.)

1

## CERTIFICATE OF SERVICE

I, Orin Kristich, hereby certify under the penalty of perjury pursuant to 28 U.S.C. §1746, that a true and correct copy of the foregoing document was served on this court pursuant to the "mailBox Rule" of Houston v. Lack, 487 U.S. 266, 273-76 (1988), by placing a copy of this document into the prisons internal mailing system with proper postage affixed. Thus making this document filed with this court on the date below.

With-out Prejudice U.C.C. 1-308

Orin Kristich #99811-051
Name

_[signature]_
Signature

8-25-2025
Date