LIST OF INDISPENSABLE PARTIES:

1. WELLPATH HOLDINGS,INC (id Case No. 24-90533 (ARP) (S.D.T.) Houston )
2. Physicians Network Association, Inc
3. Alpine CA Behavioral Health HoldCo, LLC
4. Boynion Beach Florida Behavioral Health Hospital, LLC
5. CCS-CMGC Intermediate Holdings 2, Inc
6. CCS-CMGC Intermediate Holdings, Inc
7. CCS-CMGC Parent GP, LLC
8. CCS-CMGC Parent Holdings, LP
9. CHC Companies, LLC
10. Conmed Healthcare management, LLC
11. Correct Care Holdings, LLC
12. Correct Care of South Carolina, LLC
13. Correctional Healthcare Companies, LLC
14. Correctional Healthcare Holding Company, LLC
15. Harborview Center, LLC
16. HCS Correctional Managment, LLC
17. Healthcare Professional, LLC
18. Jessamine Healthcare, LLC
19. Justice Served Health Holdings, LLC
20. Missouri JSH Holdco, LLC
21. Missouri JSH Manager, Inc
22. Permeter Hill RPA, LLC
23. 901 45th Street West palm Beach Florida Behavioral Health Hospital Company LLC
24. Wellpath CFMG, Inc
25. Wellpath Community Care Holdings, LLC
26. Wellpath Community Care Managment, LLC
27. Wellpath Community Care Centers of Cirginia,LLC
28. Wellpath Education, LLC
29. Wellpath Group Holdings, LLC
30. Wellpath Holdings, Inc
31. Wellpath Hospital Holding Company, LLC
32. Wellpath, LLC
33. Wellpath Managment, Inc
34. Wellpath Recovery Solutions, LLC
35. Wellpath Recovery Solutions, LLC
36. Wellpath SF Holdco, LLC
37. WHC, LLC
38. WPMed, LLC

3

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br>WELLPATH HOLDINGS, INC., *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 24-90533 (ARP)<br>(Jointly Administered)<br>Re: Docket No. 491 |

**NOTICE OF DEADLINE FOR FILING OF PROOFS OF CLAIM AGAINST ANY OF THE DEBTORS**

THE GENERAL BAR DATE IS: APRIL 7, 2025, AT 4:00 P.M.
(PREVAILING CENTRAL TIME)
THE GOVERNMENTAL BAR DATE IS: MAY 12, 2025, AT 4:00 P.M.
(PREVAILING CENTRAL TIME)

PLEASE TAKE NOTICE OF THE FOLLOWING:

On November 11, 2024, each of the debtors and debtors in possession listed below (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code in the United States Bankruptcy Court for the Southern District of Texas (the "Court"). The Debtors' chapter 11 cases are being jointly administered for procedural purposes only under case number 24-90533 (ARP).

| DEBTOR | CASE NUMBER |
|---|---|
| Physicians Network Association, Inc. | 24-90532 (ARP) |
| Alpine CA Behavioral Health HoldCo, LLC | 24-90537 (ARP) |
| Behavioral Health Management Systems, LLC | 24-90538 (ARP) |
| Boynton Beach Florida Behavioral Health Hospital Company, LLC | 24-90539 (ARP) |
| CCS-CMGC Intermediate Holdings 2, Inc. | 24-90541 (ARP) |
| CCS-CMGC Intermediate Holdings, Inc. | 24-90540 (ARP) |
| CCS-CMGC Parent GP, LLC | 24-90534 (ARP) |
| CCS-CMGC Parent Holdings, LP | 24-90535 (ARP) |
| CHC Companies, LLC | 24-90542 (ARP) |
| Conmed Healthcare Management, LLC | 24-90543 (ARP) |
| Correct Care Holdings, LLC | 24-90544 (ARP) |
| Correct Care of South Carolina, LLC | 24-90545 (ARP) |
| Correctional Healthcare Companies, LLC | 24-90546 (ARP) |
| Correctional Healthcare Holding Company, LLC | 24-90547 (ARP) |
| Harborview Center, LLC | 24-90548 (ARP) |
| HCS Correctional Management, LLC | 24-90549 (ARP) |
| Healthcare Professionals, LLC | 24-90550 (ARP) |
| Jessamine Healthcare, LLC | 24-90551 (ARP) |
| Justice Served Health Holdings, LLC | 24-90552 (ARP) |
| Missouri JSH Holdco, LLC | 24-90553 (ARP) |
| Missouri JSH Manager, Inc. | 24-90554 (ARP) |
| Perimeter Hill RPA, LLC | 24-90555 (ARP) |
| 901 45th Street West Palm Beach Florida Behavioral Health Hospital Company, LLC | 24-90536 (ARP) |
| Wellpath CFMG, Inc. | 24-90556 (ARP) |
| Wellpath Community Care Holdings, LLC | 24-90558 (ARP) |
| Wellpath Community Care Management, LLC | 24-90559 (ARP) |
| Wellpath Community Care Centers of Virginia, LLC | 24-90557 (ARP) |
| Wellpath Education, LLC | 24-90560 (ARP) |
| Wellpath Group Holdings, LLC | 24-90561 (ARP) |
| Wellpath Holdings, Inc. | 24-90533 (ARP) |
| Wellpath Hospital Holding Company, LLC | 24-90562 (ARP) |
| Wellpath LLC | 24-90563 (ARP) |
| Wellpath Management, Inc. | 24-90564 (ARP) |
| Wellpath Recovery Solutions, LLC | 24-90565 (ARP) |
| Wellpath SF Holdco, LLC | 24-90566 (ARP) |
| WHC, LLC | 24-90567 (ARP) |
| WPMed, LLC | 24-90568 (ARP) |

The Debtors provide medical and/or mental health services to certain correctional facilities. A list of these correctional facilities is available on the Case Information Website (https://dm.epiq11.com/Wellpath).

On December 18, 2024, the Court entered an order [Docket No. 491] (the "Order")[2] establishing certain deadlines (each, a "Bar Date") for the filing of proofs of claim ("Proofs of Claim") in these chapter 11 cases.

Pursuant to the Order, all persons, other entities, and governmental units who have a claim or potential claim against any of the Debtors that arose prior to November 11, 2024, no matter how remote or contingent such right to payment or equitable remedy may be, MUST FILE A PROOF OF CLAIM prior to April 7, 2025 at 4:00 p.m. (prevailing Central Time) (the "General Bar Date"); provided, that solely with respect to a governmental unit, the deadline to file a Proof of Claim against any of the Debtors is May 12, 2025 at 4:00 p.m. (prevailing Central Time) (the "Governmental Bar Date").

Unless otherwise agreed by the Debtors in writing (email being sufficient), Proofs of Claim can *only* be filed in one of the following methods (the "Approved Methods"): (a) by completing, prior to the applicable Bar Date, an Electronic Proof of Claim through the Claims Portal (under the link entitled "File a Claim") on the Case Information Website (https://dm.epiq11.com/Wellpath) maintained by the Claims Agent; (b) by electronic submission on the Court's Public Access to Court Electronic Records ("PACER") platform, located at http://ecf.txsb.uscourts.gov; or (c) by delivering an original, signed Proof of Claim Form so as to be actually received by the Claims Agent on or before the applicable Bar Date as follows:

| If by First-Class Mail: | If by Hand Delivery or Overnight Mail: |
|---|---|
| Wellpath Holdings, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>P.O. Box 4420<br>Beaverton, OR 97076-4420 | Wellpath Holdings, Inc.<br>Claims Processing Center<br>c/o Epiq Corporate Restructuring, LLC<br>10300 SW Allen Blvd.<br>Beaverton, OR 97005 |

Absent written consent of the Debtors or their counsel (email being sufficient), Proofs of Claim submitted by facsimile or e-mail or submitted directly to the Debtors, their counsel, or the Claims Agent (in a manner inconsistent with the foregoing) will NOT be accepted or deemed filed until filed in one of the Approved Methods set forth above.

Each filed Proof of Claim must (a) be written in English or Spanish, (b) include a claim amount denominated in United States dollars, (c) be signed by the claimant (or an authorized agent or legal representative thereof), whether such signature is an electronic signature or is in ink, (d) conform substantially with the Proof of Claim Form or Official Bankruptcy Form No. 410, (e) unless otherwise allowed under the Order, state a claim against no more than one Debtor and clearly indicate which Debtor the claim is being asserted against, and (f) attach any supporting documentation in accordance with Bankruptcy Rules 3001(c) and 3001(d). If you are or were an incarcerated individual, you may file a Proof of Claim against the lead Debtor in these chapter 11 cases (Wellpath Holdings, Inc., Case No. 24-90533 (ARP)); however, you must identify on the Proof of Claim the correctional facility in which you are or were incarcerated and received medical or mental health services from a Debtor.

UNLESS EXCUSED BY THE TERMS OF THE ORDER, ANY PERSON OR OTHER ENTITY WHO FAILS TO PROPERLY FILE A PROOF OF CLAIM PRIOR TO 4:00 P.M. (PREVAILING CENTRAL TIME) ON THE APPLICABLE BAR DATE ON ACCOUNT OF ANY CLAIM, THEN SUCH PERSON OR OTHER ENTITY (A) SHALL BE FOREVER BARRED, ESTOPPED, AND ENJOINED FROM ASSERTING SUCH CLAIM AGAINST ANY OF THE DEBTORS OR THEREAFTER FILING A PROOF OF CLAIM WITH RESPECT THERETO IN THESE CHAPTER 11 CASES; (2) SHALL NOT, WITH RESPECT TO SUCH CLAIM, BE TREATED AS A CREDITOR OF ANY OF THE DEBTORS FOR THE PURPOSE OF VOTING ON ANY PLAN (IF OTHERWISE ELIGIBLE) IN THESE CHAPTER 11 CASES; AND (C) SHALL NOT RECEIVE OR BE ENTITLED TO RECEIVE ANY PAYMENT OR DISTRIBUTION OF PROPERTY FROM ANY OF THE DEBTORS OR THEIR SUCCESSORS OR ASSIGNS WITH RESPECT TO SUCH CLAIM IN THESE CHAPTER 11 CASES. FURTHERMORE, SUCH CLAIM SHALL REMAIN SUBJECT TO DISCHARGE UNDER ANY CHAPTER 11 PLAN FILED IN THESE CHAPTER 11 CASES, AND SUCH PERSON OR OTHER ENTITY SHALL BE SUBJECT TO ALL APPLICABLE RELEASES, INJUNCTIONS, AND OTHER TERMS OF SUCH CHAPTER 11 PLAN.

Electronic Proof of Claim Forms can be filed through the Claims Portal (under the link entitled "File a Claim") on the Case Information Website (https://dm.epiq11.com/Wellpath). Additional Proof of Claim Forms can be obtained free of charge from any bankruptcy court clerk's office, your lawyer, certain business supply stores, on the Case Information Website (https://dm.epiq11.com/Wellpath), or by contacting the Claims Agent, Epiq Corporate Restructuring, LLC, at +1-(888) 364-6182 (toll-free in the U.S. and Canada), +1-(503) 479-4073 (international), wellpathinfo@epiqglobal.com (email), or at one of the addresses listed above. Questions concerning the contents of this Bar Date Notice and requests for copies of filed proofs of claim should be directed to the Claims Agent in the same manner.

Please note that neither the Claims Agent's staff, counsel to the Debtors, nor the Clerk of the Court's Office is permitted to give you legal advice. The Claims Agent cannot advise you how to file, or whether you should file, a Proof of Claim.

A HOLDER OF A POTENTIAL CLAIM AGAINST ANY OF THE DEBTORS SHOULD CONSULT AN ATTORNEY REGARDING ANY MATTERS NOT COVERED BY THIS NOTICE, SUCH AS WHETHER THE HOLDER SHOULD FILE A PROOF OF CLAIM.

[1] A complete list of the Debtors (as defined below) in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/Wellpath. The Debtors' service address for these chapter 11 cases is 3340 Perimeter Hill Drive, Nashville, Tennessee 37211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Order or the Motion, as applicable. A copy of the Order and Motion can be accessed free of charge on the Case Information Website located at https://dm.epiq11.com/Wellpath, which also contains the Claims Portal, blank Proof of Claim Forms, and additional information about these chapter 11 cases. If you have any questions, please contact the Claims Agent, Epiq Corporate Restructuring, LLC, at +1-888-290-5211 (toll-free in the U.S. and Canada), +1-503-694-4156 (international), or email wellpathinfo@epiqglobal.com. The Claims Agent cannot provide legal advice.

Exhibit 1