99811-051
Kristich Orin
Federal Correctional Inst
PO BOX 7007,
Marianna, FL 32447
United States

PENSACOLA FL 325
27 AUG 2025 AM 2 L



99811-051
Courthouse United States
of Oklahoma
200 NW 4TH ST
Room1210
Oklahoma CITY, OK 73102-3092

Legal Mail

RECEIVED
SEP 03 2025
Clerk, U.S. District Court
WEST.DIST.OF OKLA.

73102-302710