UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ORIN KRISTICH, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. CIV-23-544-R |
| | ) |
| FNU CASADY, et al., | ) |
| | ) |
|     Defendants. | ) |

### ORDER

Before the Court is "Plaintiff's Nunc Pro Tunc Motion for Default Judgment Pursuant to Federal Rule of Civil Procedure 55" [Doc. No. 162]. The motion seeks a default judgment against Defendant Foster based on her failure to appear at a court ordered settlement conference. Defendant Foster filed a response arguing that a default judgment is not appropriate because her failure to appear was not intentional and counsel for Defendants participated in the conference on her behalf. Upon consideration, and specifically given that counsel participated in the settlement conference and Defendant Foster's absence did not appear to hinder the proceeding, the Court concludes that the extreme sanction of default judgment is not warranted. Plaintiff's motion is therefore DENIED. However, Defendant Foster is cautioned that further dilatory conduct could result in sanctions.

Also before the Court is Plaintiff's Motion to Strike Defendant's Motion in Opposition to Default Judgment [Doc. No. 169] which seeks to strike certain exhibits included in Defendant's response to the motion for default because they are not properly

1

authenticated. The Court would reach the same conclusion even without consideration of the exhibits and the motion is therefore DENIED.

Last, Plaintiff has a filed an "Amended Motion for Recusal" [Doc. No. 171] which seeks recusal pursuant to 28 U.S.C. § 455. Plaintiff's motion largely re-urges arguments that were previously rejected. Upon consideration, Plaintiff has failed to present any factual basis that would cause a reasonable person to question whether bias, prejudice or impartiality exists and has failed to demonstrate that there is a disqualifying financial interest. The motion is therefore DENIED.

IT IS SO ORDERED this 15th day of January, 2026.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE